# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| MAYER HOFFMAN MCCANN P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0574-CV-W-GAF |
| | ) | |
| THOMAS L. BARTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' MOTION FOR A STAY OF EXECUTION AND APPROVAL OF SUPERSEDEAS BOND PURSUANT TO RULE 62(d)

Now pending before the Court is Defendants' Motion for a Stay of Execution and Approval of Supersedeas Bond Pursuant to Rule 62(d). For good cause shown, it is

ORDERED that the enforcement of the damages portion of the judgment herein is stayed pending the resolution of Defendants' appeal. Defendants are to post a supersedeas bond in the amount of $1,400,000.00, within three (3) days of the date of this Order.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: May 20, 2009